UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Cahoon, | Case No. 19-cv-0155 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER DISMISSING THIRD-PARTY COMPLAINT WITH PREJUDICE** |
| L.B. White Company, Inc., et al., | |
| Defendants. | |

Based on the Stipulation for Dismissal of Third-Party Complaint with Prejudice, (Dkt. 58), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the Third-Party Complaint against Third-Party Defendant U.S. Home Corporation d/b/a Lennar is dismissed with prejudice and all other cross-claims or counterclaims against Third-Party Defendant U.S. Home Corporation d/b/a Lennar or its insurer, Old Republic, regarding the subject matter of this action are dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

Dated: February 28, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge