UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Cahoon, | Case No. 19-cv-0155 (WMW/ECW) |
| Plaintiff, | **ORDER** |
| v. | |
| L.B. White Company, Inc., et al., | |
| Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice of Defendant BEP/Lyman, LLC DBA Carpentry Contractors Company, (Dkt. 164), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant BEP/Lyman, LLC DBA Carpentry Contractors Company is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 19, 2021            s/Wilhelmina M. Wright
                                    Wilhelmina M. Wright
                                    United States District Judge